DOMINIC LANDI et al., Respondents, *v.* LUDIN REALTY COMPANY, Appellant.

(Submitted February 25, 1935; decided March 5, 1935.)

*Milton N. Rosenthal* for motion.

*John R. Vunk* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.